**Kumar MAINIGI, Plaintiff–Appellant,**

v.

**Tommy G. THOMPSON, Secretary, United States Department of Health and Human Services, Defendant–Appellee.**

No. 01–1637.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 28, 2002.

Decided Nov. 7, 2002.

George M. Chuzi, Kalijarvi, Chuzi & Newman, P.C., Washington, D.C., for Appellant. Thomas M. DiBiagio, United States Attorney, Larry D. Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAM D. WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kumar Mainigi appeals the district court's order denying his claims under on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mainigi v. Thompson,* No. CA–98–1088–CCB (D.Md. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*